IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATHAN ALEXANDER WHITE,

    Plaintiff,

v.

MICHAEL K. MORAN and
AMANDA J. LEY,

    Defendants.

ORDER

Case No.  24-cv-262-wmc

---

Plaintiff Nathan Alexander White has filed a proposed civil complaint.  Plaintiff seeks to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915 and has filed an affidavit of indigency in support of the request.

The court has considered plaintiff's income, assets, obligations, and dependents set forth in the affidavit of indigency, and finds that plaintiff's financial situation does not warrant a determination of indigency.  Accordingly, plaintiff must prepay the $405 fee[1] for commencing this action.

ORDER

IT IS ORDERED that plaintiff Nathan Alexander White's petition for leave to proceed without prepayment of the filing fee is DENIED.  Plaintiff must pay the $405 fee no later than May 13, 2024.  If plaintiff fails to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 22nd day of April, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the total fee for filing a civil action is $405 (the $350 statutory fee plus the $55 miscellaneous administrative fee).